UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAULA DEAN BENSON,

    Plaintiff,

v.                                  Case No. 3:19cv4926-RV-HTC

JANICE RICKETSON and
JULIE GAITHER,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 27, 2020. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections (Doc. 8).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of April, 2020.

/s/ Roger Vinson                              /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**